| UNITED STATES BANKRUPTCY COURT<br>District of Delaware | VOLUNTARY PETITION |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Pursuit Capital Management, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>xx-xxx8234 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>34 East Putnam Avenue, Suite 113<br>Greenwich, CT                                  ZIP CODE 06830 | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Fairfield County | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):                           ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box.)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box.)

- ☒ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).

---
Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): Pursuit Capital Management, LLC |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)   (Date) |
|---|---|

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Pursuit Capital Management, LLC |
|---|---|

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>   Signature of Debtor<br><br>X _____<br>   Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐   I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>   (Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| X   */s/ Gregg M. Galardi*<br>   Signature of Attorney for Debtor(s)<br>   Gregg M. Galardi<br>   Printed Name of Attorney for Debtor(s)<br>   DLA Piper LLP (US)<br>   Firm Name<br>   919 North Market Street, 15th Floor<br>   Wilmington, DE 19801-3046<br>   Address<br>   (302) 468-5700<br>   Telephone Number<br>   March 21, 2014<br>   Date<br><br>\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X *[signature]*<br>   Signature of Authorized Individual<br>   Anthony Schepis<br>   Printed Name of Authorized Individual<br>   Authorized Signatory / Managing Member<br>   Title of Authorized Individual<br>   March 21, 2014<br>   Date | _____<br>Address<br><br>X _____<br>   Signature<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

**PURSUIT CAPITAL MANAGEMENT, LLC**
**UNANIMOUS WRITTEN CONSENT OF THE MANAGING MEMBERS**

**March 21, 2014**

The undersigned, being the Managing Members (the "Managing Members") of Pursuit Capital Management, LLC, a Delaware limited liability company (the "Company"), hereby take the following actions and adopt the following resolutions by written consent pursuant to the Company's Limited Liability Company Agreement and the Delaware Limited Liability Company Act:

**WHEREAS**, the Managing Members have considered the financial and operational aspects of the Company's business; and

**WHEREAS**, the Managing Members have reviewed the historical performance of the Company, the market for the Company's services, the Company's business prospects, and the current and long-term liabilities of the Company;

**NOW, THEREFORE, IT IS**

**RESOLVED**, that in the judgment of the Managing Members, it is desirable and in the best interest of the Company, its creditors and other interested parties, that a voluntary petition be filed by the Company under the provisions of Chapter 7 of Title 11 of the United States Code ("Bankruptcy Code'); and it is

**FURTHER RESOLVED** that the law firm of DLA PIPER LLP (US) ("DLA Piper") is hereby retained as legal counsel for the Company in connection with the commencement of the aforementioned chapter 7 case, pursuant to the terms and conditions set forth in all written agreements between the Company and DLA Piper; and it is

**FURTHER RESOLVED** that the Managing Members and any appropriate officers of the Company are hereby authorized to employ and retain on behalf of the Company such other professionals as they deem necessary or appropriate upon such terms and conditions as the Managing Members or officers shall approve, to provide services to the Company as may be requested by the Managing Members or officers of the Company in connection with the chapter 7 case and with respect to other related matters; and it is

**FURTHER RESOLVED** that the Managing Members and any appropriate officers of the Company are instructed, authorized and empowered to execute and file on behalf of the Company all petitions, schedules, lists, instruments, certificates, affidavits and other papers and documents, and to take any and all action that the Managing Members or officers deem necessary or proper to obtain relief under or in connection with such Chapter 7 filing, to retain and employ all assistance by legal counsel or otherwise which they may deem necessary and proper with a view to the successful termination of such proceeding, and take any other action as in their judgment shall be necessary, appropriate, advisable or convenient to effectuate the

purpose and intent of the foregoing resolutions, the authority for taking such actions to be conclusively evidenced thereby; and it is

**FURTHER RESOLVED** that either Frank Canelas, Jr. or Anthony P. Schepis as the Company's representatives, may attend the 341 meeting conducted by the United States Trustee; and it is

**FURTHER RESOLVED** that the Managing Members hereby ratify and confirm any and all actions taken by any appropriate officers of the Company prior to the date hereof to effect the purpose and intents of the foregoing resolutions.

*[Signature Page follows]*

IN WITNESS WHEREOF, the undersigned has duly executed this Unanimous Written Consent as of the date first set forth above.

MANAGING MEMBERS:

_____
Anthony P. Schepis

_____
Frank Canelas, Jr.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| PURSUIT CAPITAL MANAGEMENT, LLC, | Case No. 14- |
| Debtor.[1] | |

## CORPORATE OWNERSHIP STATEMENT (RULE 1007(a)(1))

Pursuant to Federal Rules of Bankruptcy Procedure 1007(a)(1) and 7007.1, the Debtor hereby certifies that no corporations directly or indirectly own 10% or more of any class of the Debtor's equity interests.

---

[1] The last four digits of the Debtor's federal tax identification number is 8234. The Debtor's mailing address and corporate headquarters is 34 East Putnam Avenue, Suite 113 Greenwich, CT 06830.

EAST\57320562.1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PURSUIT CAPITAL MANAGEMENT, LLC,<br><br>Debtor.[1] | Chapter 7<br><br>Case No. 14- |

## DECLARATION CONCERNING CORPORATE OWNERSHIP STATEMENT

I, the undersigned authorized signatory of Pursuit Capital Management, LLC, named as the Debtor in this case, declare under penalty of perjury that I have reviewed the Corporate Ownership Statement of Pursuit Capital Management, LLC, submitted herewith, and that it is true and correct to the best of my information and belief.

[*Signature Page to Follow*]

---

[1] The last four digits of the Debtor's federal tax identification number are 8234. The Debtor's mailing address and corporate headquarters is 34 East Putnam Avenue, Suite 113 Greenwich, CT 06830.

EAST\57321204.1

Dated: March 21, 2014

                                                      Anthony P. Schepis,
Authorized Signatory

*[Declaration Concerning Corporate Ownership Statement Signature Page]*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PURSUIT CAPITAL MANAGEMENT, LLC,<br><br>Debtor.[1] | Chapter 7<br><br>Case No. 14- |

**DISCLOSURE OF COMPENSATION FOR ATTORNEY FOR DEBTOR**

1.      Pursuant to 11 U.S.C. § 329(a) and Fed. R. Bankr. P. 2016(b), the undersigned certifies that DLA Piper LLP (US) ("DLA") is counsel for the above-captioned debtor (the "Debtor") and that compensation paid to DLA within one year before the filing of the petition in bankruptcy or agreed to be paid to DLA, for services rendered or to be rendered on behalf of the Debtor in contemplation of or in connection with the bankruptcy case is as follows:

**For legal services, DLA has agreed to accept ………………………………$50,000**

**Prior to the filing of this statement, DLA has received ………………………$50,000**

**Balance Due……………………………………………………………………….$0**

2.      The source of the compensation paid to DLA was Pursuit Investment Management, LLC, an affiliate of the Debtor.

3.      DLA has not agreed to share the above-disclosure compensation with any other person unless they are a partner or associate of DLA.

4.      In return for a portion of the above-disclosed fee, DLA has agreed to render legal services relating to the bankruptcy case, including the following:

    a.      Analysis of the Debtor's financial situation, and rendering advice to the Debtor in connection with whether to file a petition in bankruptcy;

---

[1]   The last four digits of the Debtor's federal tax identification number are 8234.  The Debtor's mailing address and corporate headquarters is 34 East Putnam Avenue, Suite 113 Greenwich, CT 06830.

EAST\69562018.1

    b.  Preparation and filing of any petitions, schedules and statements of affairs that may be required;

    c.  Representation of the Debtor at the meeting of creditors, and any adjourned hearing thereof;

  5.  By agreement with the Debtor, the above-disclosed fee does not include the representation of the Debtor in any adversary proceedings and other contested bankruptcy matters, nor does it include any future non-bankruptcy representation.

## CERTIFICATION

  I, Gregg M. Galardi, do hereby certify that the foregoing is a complete statement of any agreement or arrangement for payment to DLA for representation of the Debtor in this Chapter 7 case.

Dated: March 21, 2014
   New York, New York

                /s/ Gregg M. Galardi
                Gregg M. Galardi
                DLA PIPER LLP (US)
                1251 Avenue of the Americas
                New York, New York 10020
                Telephone: (212) 335-4500
                Facsimile: (212) 335-4501

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| PURSUIT CAPITAL MANAGEMENT, LLC, | Case No. 14- |
| Debtor.[1] | |

## VERIFICATION OF CREDITOR MATRIX

I, the undersigned member of Pursuit Capital Management, LLC, declare under penalty of perjury that I have reviewed the foregoing Creditor Matrix of the Debtor and that it is true and correct to the best of my information and belief.

[*Signature Page to Follow*]

---

[1] The last four digits of the Debtor's federal tax identification number are 8234. The Debtor's mailing address and corporate headquarters is 34 East Putnam Avenue, Suite 113 Greenwich, CT 06830.

EAST\57288822.1

Dated: March 21, 2014

                                                               Anthony P. Schepis
                                                               Authorized Signatory

[Verification of Creditor Matrix Signature Page]

```
Delaware Dept. of Justice
Attn: Bankruptcy Dept
820 N. French St., 6th Floor
Wilmington, DE 19801

Delaware Division of Revenue
Attn: Zillah A. Frampton
820 N. French St.
CSOB 8th Floor
Wilmington, DE 19801

Delaware Secretary of the State
Division of Corporations Franchise Tax
P.O. Box 898
Dover, DE 19903

Delaware Secretary of the Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE 19904

Delaware Secretary of the Treasury
P.O. Box 898
Dover, DE 19903

Office of the U.S. Trustee Delaware
Attn: Tiiara N A Patton, Esq.
844 King St., Suite 2207
Lockbox 35
Wilmington, DE 19899-0035

Office of the U.S. Attorney General
Attn: Joseph R. Biden III
Carvel State Office Building
820 N. French St.
Wilmington, DE 19801

Securities & Exchange Commission
Secretary of the Treasury
100 F St. NE
Washington, DC 20549

Securities & Exchange Commission
Attn: Daniel M. Hawke, Regional Director
The Mellon Independence Center
701 Market St.
Philadelphia, PA 19106-1532

Securities & Exchange Commission
Attn: George S. Canellos
3 World Financial Center, Suite 400
New York, NY 10281-1022

U.S. Attorney's Office
Attn: Charles Oberly C/O Ellen Slights
1007 Orange St Ste 700
P.O. Box 2046
Wilmington, DE 19899-2046

Alpha Beta Capital Partners, L.P.
370 Lexington Avenue, Suite 1706
New York, NY 10017

Storch Amini & Munves PC
```

Edward P. Dolido, Esq.
140 East 45th Street
New York, NY 10017

Reed Smith LLP
599 Lexington Avenue, Fl. 22
New York, NY 10022

Claridge Associates, LLC
C/O Leonard Barsky
85 South Centre Avenue
Rockville Centre
New York, NY 11570

Jamiscott LLC
C/O Scott Schneider
15 West 53rd St
Apt 24B
New York, NY 10019

Leslie Schneider
204 Old Montauk Highway
Montauk, NY 11954

Lillian And Leonard Schneider
1089 S. Ocean Blvd.
Palm Beach, FL 33480

Harris, O'brien, Et al.
J. Harris, A. Sakin, P. Colinet, Esq.
111 Broadway, Suite 1502
New York, NY 10006

Furman Kornfeld & Brennan LLP
C/O Evan W. Bolla, Esq.
61 Broadway
26th Floor
New York, NY 10006

R. Abrahams, M. Moses, S. Roth & Zabel
919 Third Avenue
New York, NY 10022

Office of the Attorney General
George Jepsen, Esq.
55 Elm Street
Hartford, CT 06106

Office of the Attorney General
Joseph R. Beau Biden III, Esq.
Carvel State Office Building
820 N. French St.
Wilmington, DE 19801

State of CT Dept. of Revenue Services
25 Sigourney Street
Hartford, CT 06106