UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                              :
                                                    :     Chapter 7 Involuntary Petition
AMC Investors, LLC,                                 :
                                                    :     Case No. 08-12264 (CSS)
                    Alleged Debtor.                 :
---------------------------------------------------------------x

# MOTION OF AMC INVESTORS, LLC
# TO DISMISS THE INVOLUNTARY PETITION PURSUANT TO
# FEDERAL RULE OF BANKRUPTCY PROCEDURE 1011(b)

The alleged debtor, AMC Investors, LLC ("**AMC Investors**"), by and through counsel, hereby moves this Court to dismiss the Involuntary Petition pursuant to Federal Rule of Bankruptcy Procedure ("**Fed. R. Bank. P.**") 1011(b) (the "**Motion**"). The grounds for this Motion are identical to the grounds set forth in the Motion of AMC Investors II to Dismiss the Involuntary Petition which was filed earlier today in Case No. 08-12265(CSS) pending before this Court [Docket No. 10]. In the interest of brevity and efficiency, the Alleged Debtor incorporates that Motion and the Memorandum of Law and Declaration offered in support of that Motion, by reference.

WHEREFORE, AMC Investors, LLC, respectfully requests that this Honorable Court dismiss the Involuntary Petition and award it damages pursuant to 11 U.S.C. § 303(i), or alternatively abstain from hearing the Involuntary Petition pursuant to 11 U.S.C. § 305(a)(1).

Dated: October 24, 2008         STEVENS & LEE, P.C.


   /s/ Joseph Grey
Joseph Grey (No. 2358)
1105 North Market Street, 7th Floor
Wilmington, Delaware 19801
Telephone: (302) 654-5180
Facsimile: (302) 654-5181
Email: jg@stevenslee.com

and

STEVENS & LEE, P.C.
Chester B. Salomon (*pro hac vice* motion pending)
Constantine D. Pourakis (*pro hac vice* motion pending)
485 Madison Avenue, 20th Floor
New York, New York 10022
Telephone: 212-319-8500
Facsimile: 212-319-8505
Email: cs@stevenslee.com
       cp@stevenslee.com

Attorneys for the Alleged Debtor

# CERTIFICATE OF SERVICE

I, Joseph Grey, hereby certify that on this 24th day of October, 2008, and in addition to the service provided under the Court's CM/ECF System, I caused a true and correct copy of the foregoing *Notice and Motion to Dismiss* to be served on counsel for the Petitioning Creditor by first class United States mail, postage prepaid and addressed as follows:

>    Mark D. Collins, Esquire
>    Cory D. Kandestin, Esquire
>    Marcos A. Ramos, Esquire
>    Richards Layton & Finger, PA
>    One Rodney Square
>    PO Box 551
>    Wilmington, DE 19899


　　　　　　　　　　　　　　　　　　 */s/ Joseph Grey*
　　　　　　　　　　　　　　　　　　Joseph Grey

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re: :
: Chapter 7 Involuntary Petition
AMC Investors, LLC, :
: Case No. 08-12264 (CSS)
Debtor. :
---------------------------------------------------------------x

## ORDER

Upon consideration of the Motion of AMC Investors, LLC, to Dismiss the Involuntary Petition Pursuant to Federal Rule of Bankruptcy Procedure 1011(b) (the "**Motion**") and good cause appearing therefore, the Motion is GRANTED and the Involuntary Petition filed against AMC Investors, LLC is dismissed as of this date, and AMC Investors, LLC is hereby entitled to an award of damages pursuant to 11 U.S.C. § 303(i).

**By the Court,**

_____
**Bankruptcy Judge**

Date: _____, 2008

1

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                              :
                                                    :       Chapter 7 Involuntary Petition
AMC Investors, LLC,                                 :
                                                    :       Case No. 08-12264 (CSS)
              Alleged Debtor.                       :
---------------------------------------------------------------x

# NOTICE OF MOTION

PLEASE TAKE NOTICE that, on October 24, 2008, the above-captioned alleged debtor (the "Alleged Debtor") filed the attached *Motion of AMC Investors II, LLC to Dismiss the Involuntary Petition Pursuant to Federal Rule of Bankruptcy Procedure 1011(b)* (the "Motion"), with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Application must be filed in writing with the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned proposed counsel for the Alleged Debtor on or before **November 12, 2008 at 4:00 p.m. (Eastern Time)**.

PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE APPLICATION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: October 24, 2008

1

STEVENS & LEE, P.C.

  */s/ Joseph Grey*
Joseph Grey (No. 2358)
1105 North Market Street, 7th Floor
Wilmington, Delaware 19801
Telephone: (302) 654-5180
Facsimile: (302) 654-5181
Email: jg@stevenslee.com

and

STEVENS & LEE, P.C.
Chester B. Salomon (*pro hac vice* motion pending)
Constantine D. Pourakis (*pro hac vice* motion pending)
485 Madison Avenue, 20th Floor
New York, New York 10022
Telephone: 212-319-8500
Facsimile: 212-319-8505
Email: cs@stevenslee.com
      cp@stevenslee.com

Attorneys for the Alleged Debtor