# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 14-10610-PJW |
| PURSUIT CAPITAL MANAGEMENT, LLC, | Chapter 7 |
| Debtor.[1] | Hon. Peter J. Walsh |

## NOTICE OF RESCHEDULED MEETING OF CREDITORS UNDER 11 U.S.C. § 341

**DATE FOR MEETING OF CREDITORS: TUESDAY, APRIL 29, 2014 at 12:00 p.m.**

Upon consultation with the appointed Chapter 7 Trustee, the Meeting of Creditors under 11 U.S.C. § 341 for the above-captioned debtor (the "Debtor") shall be rescheduled and held as follows:

Date:          **April 29, 2014**

Time:          **12:00 p.m. (Noon)**

New Location:  **The Brandywine Building** (Not the J. Caleb Bogs Federal Building)
               **1000 West Street, 10th Floor**
               **Wilmington, DE 19801**

Please disregard the date, time and, location for the Meeting of Creditors indicated on any notice that you may have received regarding the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines. The Meeting of Creditors will not be held at the J. Caleb Bogs Federal Building, 844 King Street, 2nd Floor, Room 2112, Wilmington, Delaware 19801.

Dated: April 21, 2014           **DLA PIPER LLP (US)**
       Wilmington, Delaware
                                 _/s/ Stuart M. Brown_
                                Stuart M. Brown (DE-04050)
                                1201 N. Market Street, Suite 2100
                                Wilmington, DE 19801
                                Telephone: (302) 468-5700
                                Facsimile: (302) 394-2341
                                Email: stuart.brown @dlapiper.com

---

[1] The last four digits of the Debtor's federal tax identification number are 8234. The Debtor's mailing address and corporate headquarters is 34 East Putnam Avenue, Suite 113 Greenwich, CT 06830.

EAST\75329489.1